*Copy*

| AO 10 Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2009 | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Briscoe, Mary B. | 2. Court or Organization Tenth Circuit Court of Appeals | 3. Date of Report 08/16/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Chief Circuit Judge - Active | 5a. Report Type (check appropriate type) ☐ Nomination.  Date ☐ Initial  ☑ Annual  ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2009 to 12/31/2009 |
| 7. Chambers or Office Address 645 Massachusetts Suite 400 Lawrence, Kansas 66044 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. '84-presnt | Kansas Public Employees Retirement System (KPERS) - Judges' Retirement Progarm - vested |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briscoe, Mary B. | 08/16/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2009 | KS Public Employees Retirement System - Judge's Retirement Program | $37,646.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | |
|---|---|---|
| 1. 2009 | KU Law School - Director, Legal Aid Clinic-salary | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Women Attorneys Association of Topeka | October 22, 2009 | Topeka, Kansas | 25th Association Anniversary | Meal |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briscoe, Mary B. | 08/16/2010 |

**V. GIFTS.** *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

**VI. LIABILITIES.** *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briscoe, Mary B. | 08/16/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Capitol Federal - savings | D | Interest | N | T | | | | | |
| 2. Capitol Federal - checking | A | Interest | J | T | | | | | |
| 3. Capitol Federal - CDs | D | Interest | M | T | | | | | |
| 4. Fidelity Annuity (formerly Vanguard Variable Annuity) | | None | K | T | | | | | |
| 5. ING-CAB-Ks Bd RegentsRet.(def.comp) (formerly Aetna) | A | Interest | M | T | | | | | |
| 6. Municipal bond (Denham Spgs) | B | Interest | K | T | | | | | |
| 7. Overland Park KS Impt. Bonds | B | Interest | K | T | | | | | |
| 8. USAA-Subscr. svgs. | A | Dividend | J | T | | | | | |
| 9. H. Davidson - stock | A | Dividend | J | T | | | | | |
| 10. Metro West Total Retn. (form. AIM Lifetime Plus II Annuity | A | Dividend | | | Sold | 04/17/09 | K | A | |
| 11. I Shares TR S&P stock | A | Dividend | J | T | | | | | |
| 12. Vanguard Intermediate Term - Mun. Bond Fd | B | Dividend | L | T | Sold (part) | 05/05/09 | K | | |
| 13. | | | | | Sold (part) | 09/16/09 | K | | < Loss $2,000 |
| 14. Johnson Co. USD 231 | A | Interest | K | T | | | | | |
| 15. Shawnee Co. KS Bond | B | Interest | K | T | | | | | |
| 16. Johnson Co. KS School Bond (also USD 231) | A | Interest | K | T | | | | | |
| 17. Wichita KS Sales Tax Rev. Bond | B | Interest | | | Redeemed | 05/15/09 | K | A | |

1. Income Gain Codes.      A = $1,000 or less      B = $1,001 - $2,500      C = $2,501 - $5,000      D = $5,001 - $15,000      E = $15,001 - $50,000
(See Columns B1 and D4)      F = $50,001 - $100,000      G = $100,001 - $1,000,000      H1 = $1,000,001 - $5,000,000      H2 = More than $5,000,000
2. Value Codes      J = $15,000 or less      K = $15,001 - $50,000      L = $50,001 - $100,000      M = $100,001 - $250,000
(See Columns C1 and D3)      N = $250,001 - $500,000      O = $500,001 - $1,000,000      P1 = $1,000,001 - $5,000,000      P2 = $5,000,001 - $25,000,000
      P3 = $25,000,001 - $50,000,000      P4 = More than $50,000,000
3. Value Method Codes      Q = Appraisal      R = Cost (Real Estate Only)      S = Assessment      T = Cash Market
(See Column C2)      U = Book Value      V = Other      W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Briscoe, Mary B. | 08/16/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18 Fidelity Interm. Muni, Inc. | A | Dividend | | | Sold (part) | 04/28/09 | K | | |
| 19. | | | | | Sold | 05/20/09 | K | B | |
| 20. Centerpoint Energy | A | Dividend | J | T | | | | | |
| 21. Fidelity Contra Fund | A | Dividend | L | T | | | | | |
| 22. I Shares S&P Midcap 400 Growth Index | A | Dividend | | | Sold | 02/18/09 | J | A | |
| 23. Fidelity Cash Reserves (Core Fund) | A | Interest | L | T | | | | | |
| 24. Mainstay ICA Select (Icap Select Equity) | A | Dividend | | | Sold | 02/19/09 | J | | <Loss $2,000 |
| 25. Harbor International | A | Interest | K | T | Buy (add'l) | 07/01/09 | J | | |
| 26. Metropolitan West | C | Interest | | | Sold | 04/17/09 | K | A | |
| 27. Bank New York Inc. | B | Interest | K | T | | | | | |
| 28. Bank New York MTN | B | Interest | | | Sold | 01/15/09 | K | A | |
| 29. Discover BK Greenwood DL | B | Interest | K | T | | | | | |
| 30. Dodge & Cox Stock (DODGX) | B | Dividend | | | Sold | 01/23/09 | K | | |
| 31. Columbia Value and Restr. (formerly Excelsior) | A | Interest | | | Sold | 01/21/09 | J | | |
| 32. Artio Intl. Equity (formerly Julius Baer) | A | Dividend | | | Sold | 07/01/09 | J | A | |
| 33. Rainier Mid Cap | A | Interest | | | Sold | 02/12/09 | J | | <Loss $1,000 |
| 34. Harbor Bond | C | Dividend | | | Sold (part) | 09/11/09 | K | A | |

1 Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2 Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3 Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Briscoe, Mary B. | 08/16/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. | | | | | Sold | 09/16/09 | K | B | |
| 36. Fidelity Tax Exempt | A | Dividend | L | T | Sold (part) | 01/22/09 | M | | |
| 37. | | | | | Buy (add'l) | 04/29/09 | N | | |
| 38. Vanguard GNMA | B | Dividend | K | T | | | | | |
| 39. Templeton Global Bond | C | Dividend | L | T | | | | | |
| 40. Fairholme Fund | A | Dividend | K | T | Buy | 09/11/09 | J | | |
| 41. Hartford Capital | A | Dividend | | | Sold | 02/12/09 | K | | |
| 42. Royce Premier Fund | A | Dividend | K | T | Buy | 01/16/09 | J | | |
| 43. | | | | | Buy (add'l) | 02/09/09 | J | | |
| 44. Rydex Mgd. Futures Strat | B | Dividend | | | Buy | 01/21/09 | J | | |
| 45. | | | | | Buy (add'l) | 02/06/09 | J | | |
| 46. | | | | | Sold | 12/30/09 | K | | < Loss $900.00 |
| 47. Power Shares DB Commodity Ind. | C | Dividend | K | T | Buy | 02/09/09 | K | | |
| 48. Fidelity Focused High Inc | B | Interest | L | T | Buy | 03/24/09 | K | | |
| 49. | | | | | Buy (add'l) | 05/01/09 | K | | |
| 50. SPDR Gold Tr. Gold | A | Dividend | K | T | Buy | 04/06/09 | K | | |
| 51. Fidelity New Markets, Inc. | B | Dividend | | | Buy | 04/17/09 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briscoe, Mary B. | 08.16/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer seller (if private transaction) |
| 52. | | | | | Sold | 12/30/09 | K | B | |
| 53. Lizard Emerging Mkt. | A | Dividend | K | T | Buy | 04/22/09 | K | | |
| 54. | | | | | Buy (add'l) | 04/27/09 | K | | |
| 55. | | | | | Sold (part) | 08/10/09 | K | | |
| 56. Fpra Lizard Ret. Emg. Mkt. | B | Dividend | K | T | Buy | 04/28/09 | K | | |
| 57. Fidelity GNMA Bond | A | Dividend | J | T | Buy | 05/20/09 | J | | |
| 58. T.Rowe Pr Sci Tech | B | Dividend | | T | Buy | 05/27/09 | K | | |
| 59. | | | | | Sold | 09/01/09 | K | C | |
| 60. Vanguard Sm Cap Growth ETF | A | Dividend | | T | Buy | 05/27/09 | K | | |
| 61. | | | | | Sold | 12/01/09 | K | C | |
| 62. Fidelity Vip Disciplined Sm Cap | B | Dividend | K | T | Buy | 06/10/09 | K | | |
| 63. Market Vectors Gold Miners | A | Dividend | | T | Buy | 07/23/09 | K | | |
| 64. | | | | | Sold | 10/02/09 | K | B | |
| 65. Overland Park, KS Go Intl Bnds | B | Interest | K | T | | | | | |
| 66. Lenexa, KS Go Ref Bnds | | None | K | T | Buy | 08/06/09 | K | | |
| 67. Arbitrage Fund | A | Dividend | L | T | Buy | 08/10/09 | K | | |
| 68. | | | | | Buy (add'l) | 09/10/09 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briscoe, Mary B. | 08/16/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  SPDR S&P Oil & Gas | A | Dividend | K | T | Buy | 10/20/09 | K | | |
| 70.  Artio Global High | A | Dividend | K | T | Buy | 01/23/09 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briscoe, Mary B. | 08/16/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII - Line 64 - This item was omitted from last report. The Bond was purchased in previous year.

| Name of Person Reporting | Date of Report |
|---|---|
| Briscoe, Mary B. | 08/16/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544